**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6501**

---

GREGORY S. HINES,

                    Plaintiff - Appellant,

     versus

S. K. YOUNG; S. COLLINS; CYNTHIA R. HOBBS,
LPN,

                    Defendants - Appellees,

     and

CMS; J. HOBBS,

                    Defendants.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge. (CA-04-72-7)

---

Submitted: August 29, 2005      Decided: September 12, 2005

---

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gregory S. Hines, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia; Peter Duane Vieth, WOOTENHART, PLC, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory S. Hines appeals the district court's order granting summary judgment to Defendants and dismissing his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hines v. Young</u>, No. CA-04-72-7 (W.D. Va. Mar. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>